Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000435
07-AUG-2014
08:07 AM

NO. CAAP-14-0000435

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FIRST RESOLUTION INVESTMENT CORPORATION,
Plaintiff-Appellee,
v.
SHAWNETTE COLLIER,
Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC13-1-003462)

ORDER APPROVING THE JULY 31, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" filed on July 31, 2014, by Plaintiff-Appellee First Resolution Investment Corporation (**Appellee**), and the record, it appears that (1) Appellee and Defendant-Appellant Shawnette Collier (**Appellant**) stipulate to dismiss Appeal No. CAAP-14-0000435; (2) the attorneys representing the parties have signed the stipulation; (3) the stipulation provides that "[p]ayment has

been made of all costs and fees that are due"; (4) no fees are due; and (5) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-14-0000435 is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, August 7, 2014.

Chief Judge

Associate Judge

Associate Judge